**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Hector Kristhian PALACIOS–DIAZ,**
**Defendant—Appellant.**

**No. 11–50013.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 29, 2012.

Curtis Arthur Kin, Esquire, Assistant U.S. Attorney, James Michael Left, Special Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Hector Kristhian Palacios–Diaz, Florence, CO, pro se.

Michael Tanaka, Deputy Federal Public Defender, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

MEMORANDUM **

Hector Kristhian Palacios–Diaz appeals from his guilty-plea conviction and 51–month sentence for being an alien found in the United States after removal, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Palacios–Diaz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Accordingly, counsel's motion to withdraw is **GRANTED** and the appeal is **DISMISSED.**

Before: FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.